472 A.2d 237

Commonwealth v. Newhart, Appellant.

Argued September 28, 1983. Mitchell A. Kaufman, Assistant Public Defender, for appellant; Kenneth J. Benson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and BECK, JJ.

Order affirmed.